UNITED STATES DISTRICT COURT            EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| MICHAEL RICHARD, TALA RICHARD, and M.W., a minor | § § § | |
| Plaintiffs, | § § | |
| | § | CIVIL ACTION NO. 1:25-CV-00562 |
| versus | § § | |
| ROHAN COULTON and HAUL-IN EXPRESS, INC., | § § | |
| | § | |
| Defendants. | § § | |

## MEMORANDUM AND ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

This court referred this proceeding to the Honorable Christine L. Stetson, United States Magistrate Judge, to conduct a settlement conference and issue a recommendation on the fairness of a settlement agreement that the parties reached regarding the claims brought on behalf of Plaintiff M.W., a minor. *See* (#16); 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72. Judge Stetson held the hearing with both parties and M.W.'s guardian ad litem on May 14, 2026, and issued her Report and Recommendation on May 15, 2026. (#20). Judge Stetson found the proposed settlement to be fair and in the best interest of M.W. She therefore recommended that this court enter the parties' proposed agreed judgment and grant M.W.'s motion to deposit funds into the court registry (#17) and motion for attorney's fees (#18). The parties waived their right to object to the Report and Recommendation at the hearing. (#20 at 2). Accordingly, the Report and Recommendation is **ADOPTED**. The court **APPROVES** the settlement. M.W.'s Motion to Deposit Funds (#17) and Motion for Attorney's Fees (#18) are **GRANTED**. It is

**HEREBY ORDERED, ADJUDGED, and DECREED** that by way of settlement, Defendants agreed to pay a total of $20,000.00 to M.W., a minor, payable as follows:

| | |
|---|---|
| Attorney Fees | $5,000.00; |
| Case Expenses | $ 386.99; |
| Texas Regional Physicians | $ 375.00; |
| Blue Cross/Blue Shield | $ 910.00; and |

Leaving $13,328.01 to be deposited into the Registry of the Court for the exclusive use and benefit of minor Plaintiff M.W., whose date of birth is 11/03/2021 and last four of Social Security number is 8648. It is

**FURTHER ORDERED, ADJUDGED, and DECREED** that this judgment shall be deemed fully and finally satisfied and discharged upon the occurrence of all the following: (1) the sum of $13,328.01 shall be deposited into an interest bearing account in the Registry of the Court to be held for the benefit of the minor Plaintiff, M.W.; (2) all settlement funds have been received and disbursed in accordance with this Order; and (3) the Guardian Ad Litem fee of $2,500.00 shall be paid to Thomas Mayo, which sum is hereby adjudged against Defendants. No execution shall issue herein except for the Guardian Ad Litem fee, should it not be timely paid, for which the Clerk of Court is authorized to issue execution. Funds deposited on behalf of minor may be withdrawn without further order of the court once said minor reaches twenty one years of age and files a request with the court. It is

**FURTHER ORDERED, ADJUDGED, and DECREED** that upon entry of this judgment, the Guardian Ad Litem's duties are satisfied, completed, and fully discharged. It is

**FURTHER ORDERED, ADJUDGED, and DECREED** that Plaintiffs Michael Richard and Tala Richard individually take nothing further of and from Defendants, beyond the prior agreed upon settlements.  It is

**FURTHER ORDERED, ADJUDGED, and DECREED** that all costs of court, if any, are taxed against the party incurring same, for which let execution issue if not timely paid.  It is

**FURTHER ORDERED, ADJUDGED, and DECREED** that all relief sought in this cause and not expressly granted herein be, and the same is hereby, in all things, **DENIED**.

**THIS IS A FINAL JUDGMENT**.

SIGNED at Beaumont, Texas, this 28th day of May, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE